UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**CHRISTIAN RIVERA FLORES**　　　　　　　　　**CIVIL ACTION**

**VERSUS**

**K. JORDAN, ET AL.**　　　　　　　　　　　　　**No.  25-1122-SDD-RLB**

---

### ORDER

Considering Petitioner's Motion for Leave to Proceed *In Forma Pauperis* in the above-captioned proceeding (R. Doc. 2),

**IT IS ORDERED** that Petitioner's Motion (R. Doc. 2) is **GRANTED**, and Petitioner may proceed without prepayment of costs or fees and without the necessity of giving security therefor.

Signed in Baton Rouge, Louisiana, on January 14, 2026.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　**RICHARD L. BOURGEOIS, JR.**
　　　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**